MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANN MARIE E. URSINI (CABN 269131)
Special Assistant United States Attorney
    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5037
    Facsimile: (408) 535-5066
    annmarie.ursini@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 11-807 EJD |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING TO January 23, 2012 AND EXCLUDING TIME FROM December 19, 2011 TO January 23, 2012 FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. ) | |
| JUVENTINO ANGULO-RUIZ, ) | |
| Defendant. ) | |

The parties, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for Decmber 19, 2011 at 1:30pm be vacated, and that the hearing be re-set for January 23, 2012 at 1:30pm. The government is requesting the continuance of the hearing due to government counsel's need to travel out of town to attend funeral services for a close family friend. The parties are also engaged in investigation that will impact the terms of our potential disposition.

The parties stipulate that the time between December 19, 2011 and January 23, 2012 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny counsel for both Parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for

1

continuity of counsel.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: December 14, 2011          MELINDA HAAG
                                  United States Attorney


                                  ___/s/_____
                                  ANN MARIE E. URSINI
                                  Special Assistant United States Attorney


                                  ___/s/_____
                                  CYNTHIA C. LIE
                                  Attorney for Defendant

# [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for December 19, 2011 at 1:30pm is vacated, and the matter is continued to January 23, 2012 at 1:30pm.  Further, the Court ORDERS that the time between December 19, 2011 and January 23, 2012 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: December 15, 2011

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

3