1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10   UNITED STATES OF AMERICA,          )     No. CR-11-00807 EJD
                                        )
11                    Plaintiff,        )     [PROPOSED] ORDER TO CONTINUE
                                        )     STATUS HEARING
12   vs.                                )
                                        )
13   JUVENTINO ANGULO-RUIZ,             )
                                        )
14                    Defendant.        )
     _____)

15          Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

16   hearing currently set for Monday, March 26, at 1:30 p.m., shall be continued to Monday, April

17   16, 2012, at 1:30 p.m.

18

19   Dated: March __21__, 2012

20                                            _____

21                                            HON. EDWARD J. DAVILA
                                              United States District Judge

22

23

24

25

26