1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ANN MARIE E. URSINI (CABN 269131)
   Special Assistant United States Attorney
5      150 South Almaden Boulevard, Suite 900
       San Jose, California 95113
6      Telephone: (408) 535-5037
       Facsimile: (408) 535-5066
7      annmarie.ursini@usdoj.gov

8  Attorneys for the United States

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila
5/15/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 11-807 EJD |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING HEARING TO |
| v. ) | June 4, 2012 |
| ) | |
| JUVENTINO ANGULO-RUIZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the pre-trial hearing currently set for May 21, 2012 at 1:30pm be vacated, and that the hearing be re-set for June 4, 2012 at 1:30pm.

Government counsel will need to travel out of state the week of May 21, 2012. Counsel understand the Court is unavailable the week of May 28. Therefore, the parties request the next available date, June 4, 2012, to reschedule the hearing.

Trial is set in this case for June 11, 2012. Time was previously excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161, to June 11, 2012. (See Docket Item No. 18.)

//

//

1

DATED: May 14, 2012   MELINDA HAAG
 United States Attorney

 _____/s/_____
 ANN MARIE E. URSINI
 Special Assistant United States Attorney


 _____/s/_____
 CYNTHIA C. LIE
 Attorney for Defendant

## [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for May 21, 2012 at 1:30pm is vacated, and the matter is continued to May 29, 2012 at 11:00 am.

IT IS SO ORDERED.

DATED:  May 15, 2012   _____
 EDWARD J. DAVILA
 UNITED STATES DISTRICT JUDGE

2