MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANN MARIE URSINI (CABN 269131)
CAROLYNE ARANGO SANIN (DCBN 499564)
Special Assistant United States Attorneys
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   carolyne.sanin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   11-00807 EJD |
|    Plaintiff, ) | **NOTICE OF DISMISSAL AND [PROPOSED] ORDER** |
|    v. ) | |
| JUVENTINO ANGULO-RUIZ, ) | |
|    Defendant. ) | |

   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice.

DATED:   May 29, 2012   MELINDA HAAG
                               United States Attorney

                             ___/s/_____
                             CAROLYNE A. SANIN
                             ANN MARIE URSINI
                             Special Assistant United States Attorneys

[~~PROPOSED~~] ORDER

The Court hereby grants the government leave to dismiss the information without prejudice.

IT IS SO ORDERED.

All deadlines, hearings and/or motions are terminated.  The Clerk shall close this file.

DATED: May 31, 2012

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE