**Filed**

JUN 0 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-00807 EJD |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER TO RELEASE DEFENDANT FROM UNITED STATES MARSHAL CUSTODY |
| vs. | ) | |
| JUVENTINO ANGULO-RUIZ, | ) | |
| Defendant. | ) | |

    Good cause appearing and by stipulation of the parties, it is hereby ordered that the United States Marshals Service shall release defendant Juventino Angulo-Ruiz from its custody.

    It is so ordered.

Dated: June 4, 2012

HON. EDWARD J. DAVILA
United States District Judge

[Proposed] Order to Release Defendant
CR11-00807 EJD      1